FILED'08 JUN 30 13:46USDC·ORM

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF OREGON

| | |
|---|---|
| SHANNON MILLICAN GALLOWAY, | Case No. 1:07-CV-1340-CL |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will conduct a de novo hearing. The ALJ will also develop the record regarding Plaintiff's mental impairment by requesting complete records from LifeWorks Northwest (LifeWorks) and, if necessary, obtaining a consultative psychiatric examination. The ALJ will also reassess the severity of Plaintiff's mental impairment, specifically addressing the mental health evaluations completed by LifeWorks on November 29, 2005, and January 9, 2006 (Tr. 265-71). The ALJ will also assess the severity of Plaintiff's obesity. After reassessing the severity of Plaintiff's mental impairment, and assessing

the severity of Plaintiff's obesity, the ALJ will proceed as appropriate through the remainder of the sequential evaluation, and obtain additional vocational expert testimony if necessary.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff and this case is closed.

DATED this 30 day of June 2008.

_____
UNITED STATES DISTRICT JUDGE


Presented by:


/s/ CAROL A. HOCH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-2684
Of Attorneys for Defendant