**Bruce W. Brewer,** OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

FILED'08 JUL 18 15:26USDC-ORM

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**SHANNON MILLICAN GALLOWAY,**

       Plaintiff,

vs.

**COMMISSIONER,**
of Social Security
Administration,
       Defendant.

CIVIL CASE NO. 07-1340-CL

~~PROPOSED~~ ORDER
AWARDING ATTORNEY FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $5,243.49 is awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's office as follows: Bruce Brewer, 419 Fifth Street, Oregon City, Oregon 97045. There are no costs or expenses to be paid herein.

DATED this 18 day of July, 2008.

/s/ Owen M. Panner
United States District Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES